IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CLIFFORD S. MARTIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 15-0075-CG-B |
| | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF AGRICULTURE, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of the issues raised, and de novo determination of those portions of the Report and Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

**DONE and ORDERED** this 9th day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE